| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>RADER, Randall R. | 2. Court or Organization<br><br>Ct. of Appeals Fed. Circuit | 3. Date of Report<br><br>05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Article III Active Cir. Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Suite 901<br>Washington, D.C. 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Bd. Of Advisors, George Washington University |
| 2. | Adjunct Professor | The George Washington University Law School |
| 3. | Board Member | Tonji Intellectual Property Law Institute |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring S | Lecturer, The George Washington University Law School | $12,157 |
| 2. Fall S | Lecturer, The George Washington University Law School | $12,157 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar-Ilan University, Israel | January 3-6, 2012 | Tel Avivi | Education seminar | travel and lodging |
| 2. | Stanford Law School and Federal Circuit Bar Association | January 17-18, 2012 | San Francisco, CA | Education seminar | travel and lodging |
| 3. | University of San Diego, School of Law | January 19-21, 2012 | San Diego, CA | Education seminar | travel and lodging |
| 4. | American Intellectual Property Law Association | January 25-28, 2012 | Las Vegas, NE | Education seminar | travel and lodging |
| 5. | Fordham Law School | February 13-15, 2012 | New York City, NY | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/14/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Practice Law Institute | February 16, 2012 | New York City, NY | Educational seminar | travel and lodging |
| 7. | Fox IP Moot Court | February 17-19, 2012 | Toronto, Canada | Educational seminar | travel and lodging |
| 8. | Drake Univeristy | February 20-21, 2012 | Des Moines, IA | Educational seminar | travel and lodging, honorarium |
| 9. | Suffolk Univeristy Law School | February 23-24, 2012 | Boston, MA | Educational seminar | travel and lodging |
| 10. | Association of University Technology Managers | March 14-16, 2012 | Anaheim ,CA | Educational seminar | travel and lodging |
| 11. | USC Gould School of Law | March 17-20, 2012 | Los Angeles, CA | Educational seminar | travel and lodging |
| 12. | The Allegheny County Bar Association Federal Court Section | March 30-31, 2012 | Pittsburg, PA | Educational seminar | travel and lodging |
| 13. | Fordham Law School and Federal Circuit Bar Association | April 10-13, 2012 | New York City, NY | Education seminar | travel and lodging |
| 14. | Stanford Law School | April 26-28, 2012 | Stanford, CA | Educational seminar | travel and lodging |
| 15. | University of New Hampshire Law School | May 18-19, 2012 | Concord, NH | Educational seminar | travel and lodging |
| 16. | Munich Intellectual Property Law Center | May 21-23, 2012 | Munich, Germany | Educational seminar | travel and lodging |
| 17. | University of Washington | June 15-19, 2012 | Nanjing, China | Educational seminar | travel and lodging |
| 18. | Federal Circuit Bar Association | June 20-23, 2012 | San Diego, CA | Educational seminar | travel and lodging |
| 19. | University College London | June 25-29, 2012 | London, United Kingdom | Educational seminar | travel and lodging |
| 20. | George Washington Law School | July 15-20, 2012 | Munich, Germany | Educational seminar | travel and lodging |
| 21. | CPA Global | July 23-25, 2012 | Taipei, Taiwan | Educational seminar | travel and lodging |
| 22. | University of Washington Law School | July 26-29, 2012 | Seattle, WA | Educational seminar | travel and loding |
| 23. | The Finnish Association for Industrial Property | August 24-29, 2012 | Helsinki, Finland | Educational seminar | travel and lodging |
| 24. | Intellectual Property Owners Association | September 9-10, 2012 | San Antonia, TX | Educational seminar | travel and lodging |
| 25. | American Intellectual Property Law Association | September 19-21, 2012 | Warsaw, Poland | Educational seminar | travel and lodging |
| 26. | Federal Circuit Bar Association | September 23-24, 2012 | Indianapolis, IN | Educational seminar | travel and lodging |
| 27. | Federal Circuit Bar Association | September 25-26, 2012 | Ann Arbor, MI | Educational seminar | travel and lodging |
| 28. | Intellectual Property Institute of Canada | October 10-13, 2012 | Vancouver, Canada | Educational seminar | travel and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | RADER, Randall R. | 05/14/2013 |

| | | | | |
|---|---|---|---|---|
| 29. AIPPI, Seoul | October 19-22, 2012 | Seoul, Korea | Educational seminar | travel and lodging |
| 30. Beijing University | October 23-25, 2012 | Beijing, China | Educational seminar | travel and lodging |
| 31. Austin Intellectual Property Law Association | November 11-13, 2012 | Austin, TX | Educational seminar | travel and lodging |
| 32. Tokyo University | November 19-26, 2012 | Tokyo, Japan | Educational seminar | travel and lodging |
| 33. Federal Circuit Bar Association | November 27-28, 2012 | Berlin, Germany | Educational seminar | travel and lodging |
| 34. Federal Circuit Bar Association | November 29, 2012 | London, United Kingdom | Educational seminar | travel and lodging |
| 35. LES Germany | November 30- December 2012 | Nuremberg, Germany | Educational seminar | travel and lodging |
| 36. George Washington Law School/GW India Project | December 4-14, 2012 | New Deli, Kolkata and Ahmedabad, India | Educational seminar | travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **RADER, Randall R.** | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Treasury Department Federal Credit Union | D | Int./Div. | J | T | | | | | |
| 2. Rental Property, Portland, Oregon (2006-$170,000) | D | Rent | M | R | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RADER, Randall R. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Randall R. RADER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544